UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS MONTEZ SPANGLER,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Civil Action Number |
| v.    ) | 2:21-CV-00965-AKK-GMB |
| ) | |
| COI KELLER SPEAKS, et al.,    ) | |
| ) | |
| Defendants.    ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on October 5, 2021, recommending that the court dismiss Marcus Montez Spangler's *pro se* complaint for failing to pay an initial filing fee and to return a signed Prisoner Consent Form within 30 days. *See* doc. 9 (citing doc. 8). Spangler timely filed an objection, asserting that he "sent the consent form along with a request asking the clerk . . . to withdraw the money from [his] account and send [it] to the court." Doc. 10 at 1. He further states that the prison has been intercepting the letters he sends to the courts. *See id.*

Having reviewed and considered *de novo* the court file, in light of Spangler's claim that he did in fact attempt to send a Prisoner Consent Form and authorize the withdrawal of money from his account, the court will give Spangler another opportunity to submit a signed Prisoner Consent Form and to pay the initial filing

fee in accordance with the court's earlier order, doc. 8.[1]  Accordingly, the report and recommendation, doc. 9, is **REJECTED**, and Spangler is **ORDERED** to return a signed Prisoner Consent Form and to pay the initial filing fee of $139.70 by **December 2, 2021.**  Failure to follow these requirements will result in dismissal of the complaint.  The clerk is **DIRECTED** to include another copy of Spangler's Prisoner Consent Form, *see* doc. 8, with this order.

    **DONE** the 19th day of November, 2021.

*[signature: Abdul Kallon]*
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

---

[1] In this order, the magistrate judge assessed an initial partial filing fee of $139.70 and required Spangler to make regular payments thereafter until the entire filing fee of $350.00 is paid in full, pursuant to 28 U.S.C. § 1915(b)(1) and (2).  *See* doc. 8 at 1.